**Opinion issued July 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00245-CV

_____

**WOOF WOOF PUPPIES & BOUTIQUE, Appellant**

**V.**

**JUSTICE OF THE PEACE ANGELA D. RODRIGUEZ AND TOMEKA
RICHARD, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1128796**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.